METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. RUTH NOYES HEINZE and Others, Appellants, Impleaded with Others.

*Practice — bill of particulars — order — provision precluding giving of evidence.*

Appeal from an order, entered in the New York county clerk's office on the 26th day of May, 1914, directing appellants to furnish verified bill of particulars.

PER CURIAM: We think the court below was justified in requiring the defendants to serve the bill of particulars as required by the order appealed from. It was, however, improper to insert in the order for the service of a bill of particulars a provision precluding the parties required to give the particulars from giving evidence in respect to a defense, as that question could only be presented after bill of particulars has been ordered and defendants have failed to give the particulars required. If the defendants fail to furnish the particulars required, plaintiff may then move to preclude them from giving evidence as to the defense for which they have failed to furnish such particulars.* The order appealed from is, therefore, modified by striking out the last paragraph, which precludes the defendants from giving evidence, and as so modified affirmed, without costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

---

JAMES E. HUGHES, Respondent, v. THE BREAKWATER COMPANY, Appellant.

Appeal from a judgment, entered on the 30th day of October, 1914, upon the verdict of a jury, and also from an order entered on the 5th day of November, 1913, denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Dowling and Hotchkiss, JJ.

INGRAHAM, P. J. (dissenting): I dissent upon the ground that the assumption of the debt of the bankrupt company by the defendant was without consideration, and the directors of the defendant had no power to assume such debt.

---

Alfred A. Whitman, Appellant, v. Charles L. Munnich and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.